UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MACK WRIGHT, ON HIS OWN BEHALF
AND OTHERS SIMILARLY SITUATED,

           Plaintiffs,

-vs-                                        Case No. 6:07-cv-640-Orl-28JGG

EDGAR QUINTIN, INC., EDGAR
QUINTIN,

           Defendants.
_____

# ORDER

This case is before the Court on the Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgment (Doc. No. 25) filed April 9, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed April 10, 2008 (Doc. No. 26) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The motion to approve the settlement is granted to the extent that it is a fair and reasonable resolution of a bona fide dispute.

    3.    The case is dismissed with prejudice.

    4.    The Clerk is directed to close this file.

DONE and ORDERED in Chambers, Orlando, Florida this ___30___ day of April, 2008.

*[signature]*

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party